| LAURA CURRAN |  | JARED A. KASSCHAU |
|---|---|---|
| County Executive | | County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

February 26, 2021

Honorable Arlene R. Lindsay
United States District Court
Eastern District New York
814 Federal Plaza
Central Islip, New York 11722

    Re.:   <u>Howard James Ryan v. Laura Curran et al.</u>
            Index No.: 21-CV-113 (RPK)(ARL)

Dear Judge Lindsay:

The Nassau County Attorney's Office represents Defendants Laura Curran and County of Nassau (hereinafter "County Defendants") in connection with the above-referenced matter. The present application is made with Plaintiff's consent.

I write to respectfully request an extension of time within which to respond to Plaintiff's Complaint [DE1] until April 21, 2021. This is County Defendants' first request for an extension of time. The reason for the request is that, on information, Defendant Kelleher has not been served. Therefore, undersigned has not conferred with Officer Kelleher to confirm this office's representation of him in this suit.

Further, County Defendants are not contesting service for Defendants Laura Curran, as County Executive of the County of Nassau, in her official capacity and County of Nassau.

Therefore, it is respectfully requested that the County Defendants and Defendant Kelleher's time to respond to the Complaint be extended until and including April 14, 2021.

Thanking the Court for its time and consideration, I remain

                                                        Respectfully,

                                                        */S Spencer D. Shapiro*
                                                        Spencer D. Shapiro
                                                        Deputy County Attorney

cc: **RAYMOND NARDO, P.C.**
      (*Via ECF*)

**ONE WEST STREET - MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX: 516-571-6684, 6604**