UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X    21-CV-113 (RPK)(ARL)
HOWARD JAMES RYAN,

                                      Plaintiff,      STIPULATION AND ORDER
              -against-                                               OF DISMISSAL

LAURA CURRAN, AS COUNTY EXECUTIVE OF
THE COUNTY OF NASSAU, IN HER OFFICIAL
CAPACITY, COUNTY OF NASSAU, POLICE
OFFICER KELLEHER AND POLICE OFFICER JOHN
DOE, BOTH IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES

                                          Defendants.
------------------------------------------------------------------ X

      IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsels for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action, is dismissed **WITHOUT PREJUDICE**, and without costs or attorney fees to either party as against the other, as against Defendant Laura Curran, as County Executive of the County of Nassau in her official capacity, <u>only</u>.

**[Intentionally Left Blank]**

Ryan v. County of Nassau, et al.
21-CV-113 (RPK)(ARL)

IT IS HEREBY FURTHER STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsels for the respective parties, that the caption shall be amended as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X     21-CV-113 (RPK)(ARL)
HOWARD JAMES RYAN,

                                                       Plaintiff,

-against-

COUNTY OF NASSAU, POLICE OFFICER KELLEHER AND POLICE OFFICER JOHN DOE, BOTH IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES

                                                     Defendants.
-------------------------------------------------------------------- X

Dated: April 28, 2021
       New York, New York

RAYMOND NARDO, P.C.

By    _____
     Raymond Nardo Esq.
     129 Third Street
     Mineola, NY 11501
     516-248-2121
     *Attorneys for Plaintiff*

Ryan v. County of Nassau, et al.
21-CV-113 (RPK)(ARL)

Dated: April 19, 2021
       Mineola, New York

JARED A. KASSCHAU
Nassau County Attorney

By: _____
Spencer D. Shapiro
Deputy County Attorney
One West Street
Mineola, New York 11501
sshapiro@nassaucountyny.gov
(516) 571-3047


SO ORDERED:

_____
Hon. Rachel P. Kovner, U.S.D.J.