UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:** **ARLENE R. LINDSAY** **DATE:** 5/19/2021
United States Magistrate Judge
**TIME:** 11:20 a.m.

**DOCKET NO: 21-113 (RPK)**

**CASE: Ryan v. Curran et al**

 **X** INITIAL CONFERENCE
 ___ STATUS CONFERENCE
 **X** SCHEDULING CONFERENCE    BY TELEPHONE **X**
 **X** SETTLEMENT CONFERENCE
 ___ FINAL CONFERENCE
 ___ FAIRNESS HEARING

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|---|
| | Raymond Nardo | Spencer Shapiro |

**The following rulings were made:**

The parties have agreed to a schedule which will be entered under a separate order.

**SO ORDERED:**

/s/